UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JOSEPH BERNT RAMSEUR,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **UNITES STATES,** ) <br> ) <br> Respondent. ) <br> _____ ) | No. CV 09-3921 SJO (AJW) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de novo</u> determination of the portions to which objections were directed.

DATED: __1/27/11_____

_S. James Otero_
_____
S. James Otero
United States District Judge