**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH BRENT RAMSEUR,** | ) | |
| Petitioner, | ) | No. CV 09-3921-SJO(AJW) |
| v. | ) | |
| **UNITED STATES,** | ) | **JUDGMENT** |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

        1/27/11

Dated: _____

_____
S. James Otero
United States District Judge